# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TITUS DIXON,

      Plaintiff,

v.                                          Case No:   6:18-cv-1376-GAP-DCI

RUSS GIBSON,

      Defendant.

## ORDER

This cause comes before the Court on Defendant/Appellee's Renewed Motion for Costs and Expenses (Doc. 65) filed March 1, 2021.

On March 9, 2021, the United States Magistrate Judge issued a report (Doc. No. 69) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Defendant/Appellee's Renewed Motion for Costs and Expenses is **GRANTED**. The Court taxes $2,473.54 in costs against Plaintiff.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 25, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party